UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00090 |
| ) | JUDGE SHARP |
| JUAN CASTRO-CASTRO [9] ) | |
| ) | |

### O R D E R

Pending before the Court is the Government's Motion to Dismiss Without Prejudice (Docket No. 174).

The motion is GRANTED and Count One (including Overt Act number 7), Counts Two through Twelve, and Count Nineteen as to Defendant Juan Castro-Castro are hereby dismissed without prejudice to the prosecution of Defendant pursuant to the allegations and charges set forth in the indictment in case number 3:13-00144, or as to charges that may be pursued in other districts for additional criminal conduct in those districts.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE